# Exhibit B

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

## SUMMARY OF EVENT:

On June 16, 2020, Agents from the Bridgewater Field Office and Detectives from the Boston Police Department, New Bedford Police Department, Stoughton Police Department, and Massachusetts State Police executed a federal search warrant at Wilson GONCALVES-Mendes' residence, 12 Clarence Street, Apartment 1, Brockton. A firearm, ammunition, narcotics, narcotics packaging material, gang clothing, and other items were seized for evidence. GONCALVES-Mendes was arrested pursuant to a federal arrest warrant.

## NARRATIVE:

1. On June 16, 2020, a federal search warrant & arrest warrant was executed at 12 Clarence Street, Apartment 1, Brockton, the residence of Wilson GONCALVES-Mendes, a NOB gang member. At 6:00 a.m. the Massachusetts State Police SWAT team executed the warrant and forced entry into the residence. GONCALVES-Mendes was arrested without incident and other occupants inside the residence were detained and identified. See Boston PD incident report for further information.

2. GONCALVES-Mendes was handcuffed and read his Miranda rights by Detective Walsh. Special Agent Scott witnessed the reading of the Miranda rights. GONCALVES-Mendes was transported to court by Special Agents Kefalas and Sullivan. The remaining occupants of the residence were seated at the dining room table. Detective Sergeant McCarthy provided Damacena Goncalves with a copy of the search warrant.

3. After Special Agent Fitzgerald documented the interior of the residence, including the basement, stairwell and doorways, via video, Agents and Detectives searched for evidence. Special Agent Fitzgerald seized and packaged all evidence items while Special Agent Scott photographed and logged each item's location and the finding Agent. A complete evidence / photo log with names of the "finder" and location of the seized evidence is attached.

4. Notable seizures from GONCALVES-Mendes' bedroom included a Glock, Model 19x, 9mm pistol, having an obliterated serial number, loaded with 17 rounds of ammunition. This firearm was located hidden within an HVAC vent & ducting material, under the bed. A plastic bag containing 25 rounds of .40 caliber ammunition

| Prepared by: Christopher F. Scott | Title: Special Agent, Bridgewater Field Office | Signature: [signed] | Date: 6/22/20 |
|---|---|---|---|
| Authorized by: Rossin A. Marchetti | Title: Group Supervisor, Boston II Field Office | Signature: [signed] | Date: 6/23/2020 |
| Second level reviewer (optional): Kelly D. Brady | Title: Special Agent in Charge, Boston Field Division | Signature: [signed] | Date: 6/23/2020 |

was located directly under the Glock pistol within the ducting itself. Following the same ducting to the basement and removing it from the air handler/furnace, revealed a second plastic bag containing 25 rounds of .40 caliber ammunition. It was believed that this second bag fell from the first floor to the basement, within the ducting.

5. Other seizures from GONCALVES-Mendes' bedroom included a Nike shoe box which contained approximately 50 grams of cocaine base, a digital scale, $101 cash, and suspected Xanax pills. GONCALVES-Mendes' two iPhones were also seized from within the bedroom and placed in airplane mode by Special Agent Scott. A gang related sweatshirt, as well as a pair of sweatpants believed to be worn during a shooting were also seized as evidence.

6. Located in the top drawer of GONCALVES-Mendes' dresser was 3 suspected Oxycodone pills, a cut corner baggy, a DMV permit belonging to fellow gang member Kelvin BARROS, loose cash totaling $569, and GONCALVES-Mendes' wallet.

7. Within the stairwell leading to the basement, Agents/Detectives located a cutout area in a wall. Inside this "cubby" area was a shoe box that contained a white plastic bag. The white plastic bag contained a clear plastic bag of assorted ammunition. The white bag also contained firearm accessories such as firearm magazines, gun safety locks, backstraps, and a trigger assembly. A plastic knotted bag containing approximately 50 grams of Fentanyl was located within the shoe box, along with a box of plastic sandwich bags and a firearm cleaning rod.

8. Sitting beside the shoe box, up against the wall itself, was a plastic bottle of lactose. Just beyond that, was an empty Glock pistol case.

9. Other items of standing such as GONCALVES-Mendes' pay stubs, passport, court related paperwork, & police reports, and other items were also seized within the residence and logged.

10. The search concluded at approximately 8:40 a.m. Special Agent Scott provided Damacena Goncalves with ATF F 3400.23 – Property Receipt, documenting the items seized.

11. A copy of the evidence log is attached. Noted is the ATF property number assigned to each seized item.

Attachments:   Photographs / Evidence log
Boston Police Report # 2020040739
ATF F 3400.23 – Property Receipt

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Receipt for Property and Other Items**

| Page ___ of ___ | Case/Inspection Number | Case/Inspection Title | Office: BOSTON II |
|---|---|---|---|

Taken from: (name, title, address, if appropriate)
GONCALVES-MENDES, WILSON
12 CLARENCE ST. #1 BROCKTON, MA

Recipient: (name, title, address, if appropriate)
S/A C. Scott BRIDGEWATER

Location of Transfer or Seizure:
12 CLARENCE ST. #1 BROCKTON, MA

Basis for Transfer or Seizure of Items:
SEARCH WARRANT

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Glock 19X Pistol w/ 17 rounds + mag |
| 4 | Bags of Assorted Ammunition |
| 5 | Bags of Suspected Narcotics |
| 1 | Bag of Firearm Accessories |
| Misc | Drug Paraphernalia |
| Misc | Documents & Indicia |
| 1 | Glock Box |
| 1 | Passport - Wilson |
| Misc | Gang Clothing |
| $101.00 | Cash |
| $569.00 | Cash |
| 2 | iPhone |
| 1 | Wallet - Wilson |

I hereby acknowledge receipt of the above item(s) into my custody.
Received by: (signature)   Date 6/16/20
Transferred by: (signature, if appropriate)   Date
Witnessed by: (signature)   Date 6/16/20

GPO U.S. GOVERNMENT PRINTING OFFICE: 2009-349-461/41101

ATF Form 3400.23
Revised March 2005

USAO-001096