Dear United States Attorney,

    I have recently received your plead offer and respectfully dishonor your request. I appreciate the offer but I am currently not interested and nor will I be in the future thank you for you kindness of informing me of such plea negations.

Respectfully Submitted,
By Wilson Goncalves-Mendes

Date: August 2, 2021

U.S. DISTRICT COURT
DISTRICT OF MASS.
2021 AUG -9 PM 12: 36
FILED
IN CLERKS OFFICE