United States District Court
District of Massachusetts

United States of America

                                                    Case No. 20-cr-10197-LTS

     v.

Wilson Goncalves-Mendes

Motion For Order Compelling Production
of Drug Certificates

Now Comes Mr. Goncalves-Mendes and request the Court Order and Subpoena all drug Certificates Pertaining to this matter as soon as Possible. The defendant has been incarcerated for approximately 14 months without receiving such documents, resulting in a violation of Due Process.

Respectfully Submitted
By Wilson Goncalves-Mendes

Date: 08/17/21

X _____

Certificate of Service
   I Wilson Goncalves-Mendes hereby Certify that the foregoing document is being Served.