United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| | ) Case No. 1:20-cr-10197-LTS |
| v. | ) |
| | ) |
| WILSON GONCALVES-MENDES | ) |
| Defendant, | ) |

FILED IN CLERKS OFFICE
2021 SEP -2 PM 12: 40
U.S. DISTRICT COURT
DISTRICT OF MASS.

Furthermore, Mr. Goncalves-Mendes moves to request that the United States notify the Defendant of its intent to use any evidence at trial pursuant to Fed. R. Crim. P. 12(b)(4)(A), and Fed. R. Crim. P. 12(b)(4)(B)

## THE UNITED STATES SHALL NOTIFY ME OF ITS INTENTIONS OF USING ANY EVIDENCE AT TRIAL

Here, Mr. Goncalves-Mendes respectfully requesting that the government to notify me of any evidence they intend on using at trial.

According to Federal Rule of Criminal Procedure 12(b)(4) ("Rule 12"), "At the government's discretion . . . . . the government may notify the defendant of its intent to use specific evidence at trial." Fed. R. Crim. P. 12(b)(4)(A). Additionally, "at the defendant's request . . . the defendant may . . . request notice of the government's intent to use (in evidence in chief at trial) any evidence that the defendant may be entitled to discover under Rule 16." Rule 12 must not be used "to force the government to decide precisely which documents provided in the discovery it will offer at trial" or "to prevent it from using any that it does not so designate as a matter of trial tactics." United States v. El-Silimy, 228 F.R.D. 52, 57 (D. Me. 2005).

However, my intentions is not to force the government to decide specifically which documents provided in the discovery it will offer at trial. My intention in fact is to be respectfully notified of any evidence that the government may be intending to use at my trial so that I may be well informed and prepared in regards to such evidence.

1

Respectfully Submitted,
By Wilson Goncalves-Mendes
"Pro'se"

Date: August 30, 2021

**CERTIFICATE OF SERVICE**

I Wilson Goncalves-Mendes hereby certify that the foregoing document is being served by U.S. mail to the District Court.