UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.                                      DOCKET NO. 1:20-CR-10197-LTS-3

WILSON GONCALVES-MENDES
Defendant.

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Attorney Paul Garrity, counsel for the Defendant, Wilson Goncalves-Mendes, and requests authorization to withdraw from further representation of the Defendant.

In support of this Motion, Attorney Garrity states as follows:

1. The undersigned counsel was appointed to represent the Defendant.

2. The undersigned counsel was made aware on November 18, 2021 by the US Attorney's Office of an issue that raises a conflict with further representation of the Defendant. The undersigned counsel can explain this issue further at a hearing on this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court:

A. Schedule a hearing on this within motion; and

B. Subsequent to said hearing on this motion authorize the undersigned counsel to withdraw from further representation of the Defendant.

                                                  Respectfully submitted,
                                                  Wilson Goncalves Mendes,
                                                  By his Attorney,

Date:   November 18, 2021            /s/      Paul J. Garrity
                                                  Paul J. Garrity
                                                  Bar No. 555976
                                                  14 Londonderry Road
                                                  Londonderry, NH 03053
                                                  603-434-4106

## CERTIFICATE OF SERVICE

    I, Paul J. Garrity, hereby certify that on this 18th day of November, 2021, a copy of the within motion was e-filed for all parties involved.

Date:   November 18, 2021                          /s/    Paul J. Garrity
                                                               Paul J. Garrity